Kathleen B. Alvarado (SB# 165698)
LAW OFFICES OF KATHLEEN B. ALVARADO
234 Van Ness Avenue
San Francisco, CA  94102-4515
Telephone:  415.431.9403
Facsimile:  415.431.3998

Attorney for Plaintiff
MICHAEL HOOPER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOOPER, | Case No.: C 05-1239 CW |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| ZERO KNOWLEDGE SYSTEMS, INC. ET AL., | **FRCP 41(a)(2)** |
| Defendant. | **Judge: Hon. Claudia Wilken** |
| | **Electronic Case filing** |

**Date Notice of Removal Filed:  3/25/2005**

**TO THE COURT:**

The Parties having informally resolved the above-matter**,** pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff, hereby requests that the Court order that the entire above-action and all causes of action be dismissed with prejudice.

Dated: March 2, 2006

Kathleen B. Alvarado
Attorney for Plaintiff

PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE                                         - 1

**IT IS SO ORDERED.**

Dated: ___March 3___, 2006          /s/ CLAUDIA WILKEN
                                    _____
                                    Judge Claudia Wilken
                                    United States District Court Judge